OPINION — AG — IF A PROPERTY BOND IS EXECUTED BY THE DEFENDANT AND IS FORFEITED, AND THROUGH THE EFFORTS OF THE COUNTY ATTORNEY BY CORRESPONDENCE OR OTHERWISE, AND THE AMOUNT OF THE BOND IS COLLECTED WITHOUT COURT ACTION, WOULD THE COUNTY ATTORNEY IN SUCH INSTANCE BE ENTITLED TO 25 PERCENT OF THE BOND IF MONEY WAS PAID INTO HIM ? — AFFIRMATIVE CITE: 19 O.S.H. 186, 22 O.S.H. 1108, OPINION NO. MARCH 1, 1939 — HOLLOMAN (L. G. HYDEN) *** OVERRULED BY: OPINION NO. 64-130 (1964)